

**BIRD | MARELLA** P.C.
BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS • LINCENBERG • RHOW

Peter J. Shakow
pjs@birdmarella.com

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone (310) 201-2100
Facsimile (310) 201-2110
www.BirdMarella.com

File 3584.2

**MEMO ENDORSED**

February 18, 2015



via email: celia_choy@nysd.uscourts.gov

Hon. Jed S. Rakoff
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *United States v. Tomasetta, et al.*, No 10 CRIM 1205 (JSR)

Dear Judge Rakoff:

For the reasons discussed in this afternoon's teleconference with Chambers, Probationer Eugene Hovanec seeks the following unopposed modification to the terms and conditions of his probation:

Mr. Hovanec will no longer be required to obtain permission from the Court or the Probation Office for travel outside the Central District of California ("CDCA") and within the continental United States. Mr. Hovanec will provide his assigned Probation Officer with notice of any such travel, including his destination and departure date, and will notify the Probation Officer upon his return to the CDCA. All other terms and conditions of his probation will remain the same.

Mr. Hovanec respectfully requests that the Court issue an order to this effect.

Very truly yours,

*/s/ Peter J. Shakow*

Peter J. Shakow

PJS

cc:  AUSA Katherine Goldstein

SO ORDERED

*/s/ Jed S. Rakoff*
USDJ
2-19-15